COM.

v.

**FLUELLEN, F.**

**2513 EDA 2016**

Superior Court of Pennsylvania.

06/20/2017

Reargument Denied 8/10/2017

CP–51–CR–0210662–2001 (Philadelphia)

Affirmed

COM.

v.

**THACH, T.**

**2641 EDA 2016**

Superior Court of Pennsylvania.

06/20/2017

CP–51–CR–0004527–2013 (Philadelphia)

Remanded Jurisdiction Retained

**IN RE: S.R.S., a Minor**

**2786 EDA 2016**

Superior Court of Pennsylvania.

06/20/2017

CP–51–AP–0000018–2016 (Philadelphia)

Affirmed

**IN RE: S.N.G., a Minor**

**2793 EDA 2016**

Superior Court of Pennsylvania.

06/20/2017

CP–51–AP–0000017–2016 (Philadelphia)

Affirmed

COM.

v.

**VAZQUEZ, F.**

**2926 EDA 2016**

Superior Court of Pennsylvania.

06/20/2017

CP–15–CR–0001787–2012 (Chester)

Affirmed